John Morrison
Scott Peterson
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
speterson@mswdlaw.com

Robert S. Boulter
LAW OFFICES OF ROBERT S. BOULTER
1101 5th Ave #310
San Rafael, CA 94901
ph. (415) 233-7100
rsb@boulter-law.com

*Attorneys for Plaintiff Matthew Quinn*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA - BILLINGS DIVISION

| | |
|---|---|
| MATTHEW QUINN, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEADOW LARK TRANSPORT, INC., MEADOW LARK COMPANIES, INC., MEADOW LARK AGENCY, INC.,<br><br>Defendants. | Cause No: CV-22-55-BLG-SPW-TJC<br><br><br>**UNOPPOSED MOTION FOR CLASS CERTIFICATION AND PARTIALLY OPPOSED MOTION FOR DEFAULT JUDGMENT** |

Comes now Plaintiff, through counsel, and moves the Court to enter an Order granting class certification and default judgment against Defendants Meadow Lark Transport and Meadow Lark Companies, Inc. in the amount of $15 million. Counsel for Plaintiffs' have been in contact with bankruptcy counsel for Meadow Lark Agency, James A. "Andy" Patten about a variety of matters. Mr. Patten is not counsel of record for any party in this case, but reports that Amanda Roth, CEO of all Meadow Lark Companies, does not oppose the motion for class certification and does not oppose default judgment being entered against Meadow Lark Companies but does oppose default judgment being entered against Meadow Lark Transport. Based on this limited opposition, albeit not by counsel representing Transport or Companies, Plaintiffs respectfully submit herewith the accompanying memorandum brief.

Dated this 11th day of January, 2024.

                                      By:   /s/ John Morrison  
                                               John Morrison  
                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2024, a true copy of the foregoing was served by U.S. Mail, first class, postage prepaid, to the following:

Amanda Roth
MEADOW LARK COMPANIES
MEADOW LARK AGENCY
MEADOW LARK TRANSPORT
2913 Millennium Cir
Billings, MT 59102

James A. "Andy" Patten
PATTEN, PETERMAN, BEKKEDAHL & GREEN PLLC
2817 2nd Ave N #300
Billings, MT 59101

By: _____
Amy Kirscher

3