John Morrison
Scott Peterson
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
speterson@mswdlaw.com

*Attorneys for Plaintiff Matthew Quinn*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA - BILLINGS DIVISION

| | |
|---|---|
| MATTHEW QUINN, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEADOW LARK TRANSPORT, INC., MEADOW LARK COMPANIES, INC., MEADOW LARK AGENCY, INC., AMANDA ROTH, MIKE KANDAS, RON USEM, HUFFMAN, USEM, CRAWFORD, GREENBERG & SMITH, P.A,<br><br>Defendants. | Cause No: CV-22-55-BLG-SPW-TJC<br><br><br><br>**JOINT MOTION OF THE SETTLING PARTIES FOR PRELIMINARY SETTLEMENT APPROVAL** |

The settling parties (Matthew Quinn, Amanda Roth, and Mike Kandas) jointly move this Court to preliminary approve their settlement agreement pursuant to F. R. Civ. P. 23(e)(1)(A). The non-settling defendants[1] of Ron Usem and Huffman, Usem, Crawford, Greenberg, & Smith, P.A., object but have not articulated any standing to object.[2]

A brief and proposed order have been filed with this motion.

DATED this 20 day of November 2024.

By: /s/ John Morrison
John M. Morrison
Scott Peterson
MORRISON SHERWOOD WILSON DEOLA PLLP
*Attorneys for Plaintiffs*

By: /s/ Nathan Huey
Nathan Huey
GORDON REES SCULLY MANSUKHANI
*Attorney for Defendant Michael Kandas*

By: /s/ Dave McLean
Dave McLean
MCLEAN AND ASSOCIATES
*Attorney for Defendant Amanda Roth*

---

[1] The Meadow Lark entities are all defunct, and while still named parties, are effectively non-existent.

[2] As discussed in the brief, under Ninth Circuit law, a non-settling defendant generally has no standing to object to a settlement agreement. *Theresa Sweet v. Cardona*, 2024 U.S. App. LEXIS 28007 (9th Cir. Nov. 5, 2024).