IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MATTHEW QUINN, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEADOWLARK TRANSPORT, INC.; MEADOW LARK COMPANIES, INC.; MEADOW LAKR AGENCY, INC.; AMANDA ROTH; MIKE KANDAS; RON USEM; HUFFMAN, USEM, CRAWFORD, GREENBERG & SMITH, P.A.,<br><br>Defendants. | CV 22-55-BLG-SPW-TJC<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge Timothy Cavan filed a Findings and Recommendation on August 8, 2025. (Doc. 112). Judge Cavan recommended that the Court grant the Defendants' Renewed Motion to Dismiss as to Matthew Quinn's claims for constructive fraud (Count III) and unjust enrichment (Count V) for failure to state a claim upon which relief can be granted. (*Id.* at 32–40). Judge Cavan further recommended that the motion be denied in all other respects.

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and

1

Recommendation. No objections were filed. When neither party objects, the Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, the Court does not find that Judge Cavan committed clear error.

IT IS ORDERED that the proposed Findings and Recommendation (Doc. 112) entered by United States Magistrate Judge Cavan are ADOPTED IN FULL.

IT IS FURTHER ORDERED that:

1. The Defendants' Renewed Motion to Dismiss (Doc. 96) is GRANTED as to Quinn's claims for constructive fraud (Count III) and unjust enrichment (Count V) and DENIED in all other respects.

2. The above-captioned case shall remain referred to United States Magistrate Judge Cavan who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendation for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. § 636(b)(1)(A).

///

///

DATED this 25th day of August, 2025.

_____
SUSAN P. WATTERS
United States District Judge