IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MATTHEW QUINN, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEADOW LARK TRANSPORT, INC.; MEADOW LARK COMPANIES, INC.; MEADOW LARK AGENCY, INC.; AMANDA ROTH; MIKE KANDAS; RON USEM; and GREENBERG, SMITH, AND ABRAHAM, P.A., f/k/a HUFFMAN, USEM, CRAWFORD, GREENBERG & SMITH, P.A.,<br><br>Defendants. | CV 22-55-BLG-SPW<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Before the Court are the parties' Joint Motion for Final Approval of Class Action Settlement (Doc. 171) and Plaintiff Matthew Quinn's Motion for Attorney Fees, Costs, and Enhancement Payment (Doc. 151). United States Magistrate Judge Timothy J. Cavan issued his Findings and Recommendations (Doc. 178) on August 28, 2026, recommending that the Court grant both Motions.

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file any objections within 14 days of the filing of a magistrate judge's findings and recommendations.

Here, no objections were filed. When no party objects, the district court reviews the findings and recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if "the reviewing court . . . is left with the definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948). Having conducted this review, the Court agrees with Judge Cavan's analysis and conclusions and finds no clear error.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations (Doc. 178) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that:

(1) The parties' Joint Motion for Final Approval of Class Action Settlement (Doc. 171) is GRANTED.

(2) Plaintiff Matthew Quinn's Motion for Attorney Fees, Costs, and Enhancement Payment (Doc. 178) is GRANTED.

DATED this 14th day of September, 2026.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge